No. 681 July 30, 2025 305

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TEL WILLIAM PETHTEL,
*Defendant-Appellant.*

Malheur County Circuit Court
19CR11085; A184200

Erin K. Landis, Judge.

Submitted June 13, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Shawn Wiley, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals a judgment revoking probation and sentencing him to 36 months' imprisonment with 24 months' post-prison supervision, with 18 months' imprisonment to be consecutive to a sentence in an Idaho case. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Defendant pleaded guilty to one count of coercion and two counts of dissemination of an intimate image. The state dismissed 10 other counts of dissemination. Defendant stipulated to a grid block, and the state stipulated to a downward departure to probation. The court sentenced him to 36 months' probation and a $2,000 compensatory fine. The parties had also agreed that if defendant's probation was revoked, he would be sentenced to 36-months' imprisonment with 24 months' post-prison supervision. More than two years later, the state moved to revoke probation, alleging that defendant had committed new crimes, possessed a firearm, and failed to pay the fine.

At a subsequent probation revocation hearing, defendant admitted that he had been convicted of manslaughter in Idaho. The state dropped the other two allegations. The court sentenced defendant according to the plea agreement, imposing the 36-month prison term and 24 months post-prison supervision. The court imposed half of the prison sentence concurrent with defendant's sentence in the Idaho case, and half consecutive to it.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.